In the Matter of the People ex rel. Village of Glen Ellyn, Appellee, v. Marjorie Sherman, Appellant.

Gen. No. 64–17. 

Second District.

November 24, 1964.

Paul T. Kalinich, of Glen Ellyn, for appellant; J. Edgar Kelly, of Chicago, for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**